IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SOPHIA HARDIGREE, * | |
|      Plaintiff      * | |
| vs.                  * | CASE NO. 3:08-CV-19 (CDL) |
| MICHAEL J. ASTRUE, Commissioner * of Social Security | |
|                      * | |
|      Defendant       * | |

ORDER ON RECOMMENDATION TO REMAND

After a *de novo* review of the record in this case, the Report and Recommendation by the United States Magistrate Judge filed January 9, 2009, has been read and considered and is hereby approved, adopted, and made the Order of the Court. Accordingly, this case is remanded to the Commissioner for further administrative action consistent with the Report and Recommendation by the Magistrate Judge.

IT IS SO ORDERED, this 4th day of February, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE