IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SOPHIA HARDIGREE, | * |
|     Plaintiff | * |
| vs. | * |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | *   CASE NO. 3:08-CV-19 (CDL) |
| | * |
|     Defendant | * |

O R D E R

    This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on March 27, 2009. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. Accordingly, attorney's fees in the amount of $2,926.25 shall be paid and forwarded directly to Plaintiff's counsel.

    IT IS SO ORDERED, this 22nd day of April, 2009.

                                          S/Clay D. Land
                                            CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE